**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roger G. JOLLEY, Defendant–
Appellant.**

**No. 14–10895
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 21, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Bonnie Ames Glober, Jay Carl Taylor, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Craig L. Crawford, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, Roger G. Jolley, Tampa, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Roger Jolley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jolley's convictions and sentences are **AFFIRMED**.